**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Dwayne WALKER,**
**Defendant–Appellant.**

No. 04–41385
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 6, 2006.

Robert L Rawls, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Thomas John Burbank, Burbank & Hamm, Beaumont, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

Robert Dwayne Walker appeals the sentence imposed following his guilty-plea conviction for possession with intent to distribute five or more grams of cocaine base in violation of 21 U.S.C. § 841(a)(1). Walker argues that the district court erred in increasing his offense level under U.S.S.G. § 2D1.1(b)(1) and that the enhancement violated the Supreme Court's ruling in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). However, Walker knowingly and voluntarily waived his appellate rights, the Government seeks to enforce the waiver, Walker's sentencing claim does not fall within any of the exceptions to the appeal waiver, and the plain language of the waiver bars this appeal. *See United States v. Story*, 439 F.3d 226, 230–31 (5th Cir.2006); *United States v. Bond*, 414 F.3d 542, 546 (5th Cir.2005); *United States v. McKinney*, 406 F.3d 744, 746 (5th Cir.2005).

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.